# Exhibit 1

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**  Reg. No. 1,519,823
Registered Jan. 10, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI
IRVINE, CA 92718

FOR: ATHLETIC BAGS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 6-0-1979; IN COMMERCE 6-0-1979.

OWNER OF U.S. REG. NOS. 1,169,945 AND 1,356,297.

SEC. 2(F).

SER. NO. 684,373, FILED 9-15-1987.

MARIA SOLOMON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**  Reg. No. 1,521,599
Registered Jan. 24, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI
IRVINE, CA 92718

FOR: SUNGLASSES AND ACCESSORIES FOR SUNGLASSES, NAMELY, REPLACEMENT LENSES, EAR STEMS AND NOSE PIECES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 3-0-1984; IN COMMERCE 3-0-1984.

OWNER OF U.S. REG. NOS. 1,169,945 AND 1,356,297.

SER. NO. 685,035, FILED 9-18-1987.

MARIA SOLOMON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,522,692
Registered Jan. 31, 1989

## TRADEMARK
PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI
IRVINE, CA 92718

FOR: CLOTHING, NAMELY, SHIRTS AND HATS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 7-0-1980; IN COMMERCE 7-0-1980.

OWNER OF U.S. REG. NOS. 1,169,945 AND 1,356,297.

SEC. 2(F).

SER. NO. 684,372, FILED 9-15-1987.

MARIA SOLOMON, EXAMINING ATTORNEY

Int. Cls.: 9 and 12

Prior U.S. Cls.: 19 and 26

**United States Patent and Trademark Office**

Reg. No. 1,552,583
Registered Aug. 22, 1989

TRADEMARK
PRINCIPAL REGISTER

# OAKLEY

OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI AVENUE
IRVINE, CA 92714

FOR: GOGGLES, IN CLASS 9 (U.S. CL. 26).
FIRST USE 8-29-1978; IN COMMERCE 8-29-1978.
FOR: HAND GRIPS FOR BICYCLES AND MOTORCYCLES, IN CLASS 12 (U.S. CL. 19).

FIRST USE 8-1-1976; IN COMMERCE 8-1-1976.

SEC. 2(F).

SER. NO. 713,584, FILED 2-29-1988.

ANNE L. CORNELIUS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,293,046

**United States Patent and Trademark Office**    Registered Nov. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (WASHINGTON CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: CLOTHING, HEADWEAR AND FOOTWEAR AND FOOTWEAR, NAMELY, SPORT SHIRTS, JERSEYS, SHIRTS, JACKETS, VESTS, SWEATSHIRTS, PULLOVERS, COATS, SKI PANTS, HEADWEAR, CAPS, SHOES, ATHLETIC FOOTWEAR, ALL PURPOSE SPORTS FOOTWEAR AND SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

OWNER OF U.S. REG. NOS. 1,356,297, 1,522,692, AND 1,980,039.

SEC. 2(F).

SN 75-154,056, FILED 8-22-1996.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,293,046

**United States Patent and Trademark Office**    Registered Nov. 16, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## OAKLEY

OAKLEY, INC. (WASHINGTON CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: CLOTHING, HEADWEAR AND FOOTWEAR AND FOOTWEAR, NAMELY, SPORT SHIRTS, JERSEYS, SHIRTS, JACKETS, VESTS, SWEATSHIRTS, PULLOVERS, COATS, SKI PANTS, HEADWEAR, CAPS, SHOES, ATHLETIC FOOTWEAR, ALL PURPOSE SPORTS FOOTWEAR AND SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

OWNER OF U.S. REG. NOS. 1,356,297, 1,522,692, AND 1,980,039.

SEC. 2(F).

SN 75-154,056, FILED 8-22-1996.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,409,789

United States Patent and Trademark Office  Registered Dec. 5, 2000

TRADEMARK
PRINCIPAL REGISTER

OAKLEY

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON, FOOTHILL RANCH, CA 92610

FOR: JEWELRY AND TIME PIECES, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12–3–1998; IN COMMERCE 12–3–1998.

OWNER OF U.S. REG. NOS. 1,356,297, 1,980,039 AND OTHERS.

SEC. 2(F).

SER. NO. 75–490,944, FILED 5–26–1998.

GENE MACIOL, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,409,789

**United States Patent and Trademark Office**    Registered Dec. 5, 2000

## TRADEMARK
### PRINCIPAL REGISTER

### OAKLEY

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON, FOOTHILL RANCH, CA 92610

  FOR: JEWELRY AND TIME PIECES, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
  FIRST USE 12–3–1998; IN COMMERCE 12–3–1998.

OWNER OF U.S. REG. NOS. 1,356,297, 1,980,039 AND OTHERS.
SEC. 2(F).

SER. NO. 75–490,944, FILED 5–26–1998.

GENE MACIOL, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,153,943
Registered Oct. 10, 2006

TRADEMARK
PRINCIPAL REGISTER

# OAKLEY

OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: PRESCRIPTION EYEWEAR, NAMELY, SUNGLASSES AND SPECTACLES; EYEWEAR CONTAINING ELECTRONICS DEVICES, NAMELY, PROTECTIVE EYEWEAR, EYEGLASSES, SUNGLASSES AND SPECTACLES; ELECTRONICS, NAMELY PORTABLE DIGITAL ELECTRONIC DEVICES FOR RECORDING, ORGANIZING, AND REVIEWING TEXT, DATA AND AUDIO FILES; COMPUTER SOFTWARE FOR USE IN RECORDING, ORGANIZING, AND REVIEWING TEXT, DATA AND AUDIO FILES ON PORTABLE DIGITAL ELECTRONIC DEVICES; TRANSMITTERS, RECEIVERS, SPEAKERS AND PARTS THEREOF FOR USE WITH CELLULAR, WIRELESS COMPUTER AND TELEPHONE COMMUNICATION SYSTEMS; COMMUNICATION DEVICES FOR USE ON EYEWEAR, NAMELY EARPIECES, TRANSMITTERS, RECEIVERS, SPEAKERS AND PARTS THEREOF FOR USE WITH CELLULAR, WIRELESS COMPUTER AND TELEPHONE COMMUNICATION SYSTEMS; WEARABLE AUDIO VISUAL DISPLAY, NAMELY, PROTECTIVE EYEWEAR, EYEGLASSES, SUNGLASSES AND SPECTACLES CONTAINING AN AUDIO VISUAL DISPLAY; WIRELESS TELECOMMUNICATIONS MODULES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-1990; IN COMMERCE 9-1-1990.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,521,599, 3,026,623 AND OTHERS.

SER. NO. 78-750,706, FILED 11-9-2005.

DAVID YONTEF, EXAMINING ATTORNEY



# OAKLEY

**Reg. No. 3,771,517** OAKLEY, INC. (WASHINGTON CORPORATION)
Registered Apr. 6, 2010 ONE ICON
FOOTHILL RANCH, CA 92610

**Int. Cl.: 35** FOR: RETAIL STORE SERVICES AND ON-LINE RETAIL STORE SERVICES FEATURING EYEWEAR, REPLACEMENT LENSES, EYEWEAR NOSEPIECE KITS, CLOTHING, HEADWEAR, FOOTWEAR, WATCHES, DECALS, ELECTRONICS DEVICES, POSTERS, ATHLETIC BAGS, HANDBAGS, BACKPACKS AND LUGGAGE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**
**PRINCIPAL REGISTER**

FIRST USE 6-1-1998; IN COMMERCE 6-1-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,356,297, 1,519,823 AND OTHERS.

SEC. 2(F).

SER. NO. 77-839,676, FILED 10-1-2009.

JENNY PARK, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**  Reg. No. 1,908,414
Registered Aug. 1, 1995

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PRINTED MATERIAL, NAMELY DECALS AND STICKERS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 12-0-1993; IN COMMERCE 12-0-1993.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583 AND OTHERS.

SER. NO. 74-485,862, FILED 2-2-1994.

ANNA W. MANVILLE, EXAMINING ATTORNEY

Int. Cls.: **9 and 25**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, and 39**

**United States Patent and Trademark Office**  Reg. No. 1,980,039
Registered June 11, 1996

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION) IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

FOR: CLOTHING, HEADWEAR AND FOOTWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, BLOUSES, SWEATERS, SPORT SHIRTS, JERSEYS, SHORTS, TROUSERS, PANTS, SWEATPANTS, SKI PANTS, RACING PANTS, JEANS, COATS, VESTS, JACKETS, SWIMWEAR, HATS, VISORS, CAPS, GLOVES, BELTS, SOCKS, SANDALS AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583, AND OTHERS.

SN 74-485,652, FILED 2-2-1994.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cls.: 9, 12 and 25

Prior U.S. Cls.: 19, 26 and 39

**United States Patent and Trademark Office**
Reg. No. 1,356,297
Registered Aug. 27, 1985

## TRADEMARK
## PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
#3 WRIGLEY DRIVE
IRVINE, CA 92714

FOR: GOGGLES, SUNGLASSES AND PROTECTIVE PADS FOR ELBOWS, FEET AND KNEES, IN CLASS 9 (U.S. CLS. 26 AND 39).

FIRST USE 6-0-1978; IN COMMERCE 6-0-1978.

FOR: VEHICLE PARTS, NAMELY BICYCLE AND MOTORCYCLE HAND GRIPS, IN CLASS 12 (U.S. CL. 19).

FIRST USE 6-0-1977; IN COMMERCE 6-0-1977.

FOR: CLOTHING - NAMELY T-SHIRTS; GLOVES; RACING PANTS; HATS; SWEATSHIRTS; SPORT SHIRTS, JACKETS, JEANS, JERSEYS AND SKI PANTS, JACKETS, HATS, GLOVES AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-0-1977; IN COMMERCE 6-0-1977.

THE MARK CONSISTS OF A FANCIFUL REPRESENTATION OF THE WORD "OAKLEY".

SEC. 2(F).

SER. NO. 454,303, FILED 11-25-1983.

JODY HALLER DRAKE, EXAMINING ATTORNEY

Int. Cls.: 9, 12 and 25

Prior U.S. Cls.: 19, 26 and 39

**United States Patent and Trademark Office**

Reg. No. 1,356,297
Registered Aug. 27, 1985

TRADEMARK
PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
#3 WRIGLEY DRIVE
IRVINE, CA 92714

FOR: GOGGLES, SUNGLASSES AND PROTECTIVE PADS FOR ELBOWS, FEET AND KNEES, IN CLASS 9 (U.S. CLS. 26 AND 39).

FIRST USE 6-0-1978; IN COMMERCE 6-0-1978.

FOR: VEHICLE PARTS, NAMELY BICYCLE AND MOTORCYCLE HAND GRIPS, IN CLASS 12 (U.S. CL. 19).

FIRST USE 6-0-1977; IN COMMERCE 6-0-1977.

FOR: CLOTHING - NAMELY T-SHIRTS; GLOVES; RACING PANTS; HATS; SWEATSHIRTS; SPORT SHIRTS, JACKETS, JEANS, JERSEYS AND SKI PANTS, JACKETS, HATS, GLOVES AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-0-1977; IN COMMERCE 6-0-1977.

THE MARK CONSISTS OF A FANCIFUL REPRESENTATION OF THE WORD "OAKLEY".

SEC. 2(F).

SER. NO. 454,303, FILED 11-25-1983.

JODY HALLER DRAKE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,519,596

**United States Patent and Trademark Office** Registered Jan. 10, 1989

TRADEMARK
PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
11 MARCONI
IRVINE, CA 92718

FOR: SUNGLASSES AND ACCESSORIES FOR SUNGLASSES, NAMELY, REPLACEMENT LENSES, EAR STEMS AND NOSE PIECES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 3-0-1984; IN COMMERCE 3-0-1984.
OWNER OF U.S. REG. NOS. 1,169,945 AND 1,356,297.
SEC. 2(F).

SER. NO. 685,036, FILED 9-18-1987.

MARIA SOLOMON, EXAMINING ATTORNEY

Int. Cls.: **9 and 25**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, and 39**

**United States Patent and Trademark Office**

Reg. No. 3,143,623
Registered Sep. 12, 2006

## TRADEMARK
## PRINCIPAL REGISTER



OAKLEY, INC. (WASHINGTON CORPORATION)
ONE ICON
FOOTHILL RANCH, CA 92610

FOR: PROTECTIVE EYEWEAR, NAMELY SPECTACLES, PRESCRIPTION EYEWEAR, ANTI GLARE GLASSES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, FRAMES, EARSTEMS, AND NOSE PIECES; CASES SPECIALLY ADAPTED FOR SPECTACLES AND SUNGLASSES AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-28-2005; IN COMMERCE 12-28-2005.

FOR: CLOTHING, NAMELY, T-SHIRTS, BEACHWEAR, BLOUSES, SPORTS SHIRTS, JERSEYS, SWIMWEAR, SWIMTRUNKS, SHORTS, UNDERWEAR, SHIRTS, PANTS, RACING PANTS, SKI AND SNOWBOARD PANTS AND JACKETS, JEANS, VESTS, JACKETS, WETSUITS, SWEATERS, PULLOVERS, COATS, SWEATPANTS, HEADWEAR, NAMELY, HATS, CAPS, VISORS AND FOOTWEAR, NAMELY WETSUIT BOOTIES, SHOES, SANDALS, ATHLETIC FOOTWEAR, ALL PURPOSE SPORTS FOOTWEAR, THONGS AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-28-2006; IN COMMERCE 1-28-2006.

OWNER OF U.S. REG. NOS. 1,521,599, 1,990,262, AND OTHERS.

SN 78-678,933, FILED 7-26-2005.

BRENDAN REGAN, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**  Reg. No. 1,902,660
Registered July 4, 1995

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PRINTED MATERIAL, NAMELY DECALS AND STICKERS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 12-0-1993; IN COMMERCE 12-0-1993.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583 AND OTHERS.

SER. NO. 74-485,875, FILED 2-2-1994.

ANNA W. MANVILLE, EXAMINING ATTORNEY

Int. Cls.: 9 and 25

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, and 39

Reg. No. 1,990,262

United States Patent and Trademark Office  Registered July 30, 1996

## TRADEMARK
## PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

FOR: CLOTHING, HEADWEAR AND FOOTWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, BLOUSES, SWEATERS, SPORT SHIRTS, JERSEYS, SWEATPANTS, SKI PANTS, RACING PANTS, JEANS, COATS, VESTS, JACKETS, HATS, VISORS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1994; IN COMMERCE 8-0-1994.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583, AND OTHERS.

SN 74-485,536, FILED 2-2-1994.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cls.: **9 and 25**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, and 39**

**United States Patent and Trademark Office**

Reg. No. 1,990,262
Registered July 30, 1996

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
10 HOLLAND
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

FOR: CLOTHING, HEADWEAR AND FOOTWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, BLOUSES, SWEATERS, SPORT SHIRTS, JERSEYS, SWEATPANTS, SKI PANTS, RACING PANTS, JEANS, COATS, VESTS, JACKETS, HATS, VISORS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1994; IN COMMERCE 8-0-1994.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583, AND OTHERS.

SN 74-485,536, FILED 2-2-1994.

DAVID H. STINE, EXAMINING ATTORNEY